FILED '08 FEB 11 14:56 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TRUSTEES OF THE PLUMBERS AND
PIPEFITTERS NATIONAL PENSION
FUND, ET AL.,

07-CV-557-JE

ORDER

        Plaintiffs,

v.

BUZZ MECHANICAL, INC.,

        Defendant.

BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#18) on December 18, 2007, in which he recommended this Court grant Plaintiffs' Motion for Summary Judgment (#9). The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#18). Accordingly, the Court **GRANTS** the Plaintiffs' Motion for Summary Judgment (#9) with leave for Plaintiffs to submit updated calculations of the amount owing.

IT IS SO ORDERED.

DATED this 11th day of February, 2008.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

2  -  ORDER